UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EDUARDO TAPIA-HOLGUIN,

                Petitioner,

**ORDER**

03 Cr. 1397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner has moved, pursuant to 18 U.S.C. § 3582(c)(2), for a reduction in his sentence. (Dkt. Nos. 59-60) The Government is hereby ORDERED to respond to the motion by **April 10, 2020**.

Dated: New York, New York
      April 3, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge